# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HERVEY STEIN** | * | **CIVIL ACTION NO.: 17-03316** |
| | * | |
| **VERSUS** | * | **JUDGE KURT D. ENGELHARDT** |
| | * | |
| **UNUM LIFE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE JANIS** |
| **OF AMERICA** | * | **VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

    Plaintiff, Hervey Stein, for himself, his heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Unum Life Insurance Company of America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Unum Life Insurance Company of America, be and they are hereby dismissed, with prejudice.

    WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures and Certificate of Service, Next Page*

Respectfully submitted,

| | |
|---|---|
| s/ David C. Pellegrin, Jr._____ | s/ Lauren A. Welch_____ |
| DAVID C. PELLEGRIN, JR. (#34957) | LAUREN A. WELCH (#17199) |
| WAITZ & DOWNER | McCRANIE, SISTRUNK, ANZELMO, |
| 423 Goode Street | HARDY, McDANIEL & WELCH, L.L.C. |
| Houma, LA  70360 | 909 Poydras Street, Suite 1000 |
| Telephone:  (985) 876-0870 | New Orleans, LA  70112 |
| Facsimile:  (985) 876-0213 | Telephone:  (504) 831-0946 |
| E-mail:  dpellegrin@waitz-downer.com | Facsimile:  (800) 977-8810 |
| *Attorneys for Plaintiff, Hervey Stein* | E-mail:  lwelch@mcsalaw.com |
| | *Attorney for Defendant, Unum Life Insurance Company of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/ Lauren A. Welch_____
LAUREN A. WELCH